HIGGINS v. THE JEFFERSONVILLE, MADISON AND
INDIANAPOLIS RAILROAD COMPANY.

PLEADING.—*Negligence.*—*Injury to Person.*—A complaint against a railroad
company to recover damages for an injury to the person of the plaintiff,
a child of the age of seven years, caused by the negligence of the defend-
ant's employes in the course of their employment, which failed to show,
either by direct averment or by the allegation of facts, that there was no
contributory negligence, was bad on demurrer.

From the Marion Circuit Court.

*Perkins, Baker & Perkins, Denny & Denny* and *J. M.
Cropsey,* for appellant.

*Baker, Hord & Hendricks,* for appellee.

DOWNEY, J.—Suit by the appellant against the appellee.
The complaint is as follows:

"Thomas Higgins, Jr., by his next friend, Thomas Hig-
gins, Sr., admitted by the court on his written consent here-
with filed, complains of the Jeffersonville, Madison & Indi-
anapolis Railroad Company and says that said company
was, at the time, when," etc., "the owner of a certain railroad
known as the Jeffersonville, Madison & Indianapolis Rail-
road, together with the tracks, cars, locomotives and other
appurtenances and fixtures thereunto belonging; that on or
about the 10th day of June, 1867, the plaintiff, said Thomas
Higgins, Jr., of the age of seven years and no more, while
returning from school, was upon and crossing the track of
the aforesaid company, on which was standing a locomotive
of said company, in the charge of the employes of said com-
pany, in the usual course of their employment; that said
plaintiff then and there got upon said locomotive, and while
he was so upon said locomotive engine, the said employes
of said company in charge as aforesaid of said locomotive,
knowing or having sufficient reason and grounds to know
that said plaintiff, of the age aforesaid, was upon said loco-
motive, carelessly neglected to remove said plaintiff from
said locomotive or to cause him to leave the same, and care-

lessly, while said plaintiff was so upon said locomotive, within the city of Indianapolis, Marion county, Indiana, started said locomotive and run the same along the track of said road, in the regular course of business and employment, at such speed as caused the plaintiff to become frightened, and while so frightened to leap from said locomotive, which said employes carelessly and wantonly permitted him to do, and carelessly and wantonly run said locomotive over him when he jumped from said locomotive, mangling and cutting off both his legs, whereby said plaintiff is made helpless and a cripple for life, to his damage of ten thousand dollars, for which he asks judgment."

The defendant demurred to the complaint for the reason that it does not state facts sufficient to constitute a cause of action. The court sustained the demurrer, and final judgment was rendered for the defendant. This ruling of the court is assigned as error.

The complaint fails to show, either by an averment or by the facts alleged, that there was no negligence contributing to the injury of which the plaintiff complains. For this reason, the complaint is defective. *The Pittsburgh, etc., R. R. Co.* v. *Vining's Adm'r,* 27 Ind. 513; *The Lafayette, etc., R. R. Co.* v. *Huffman,* 28 Ind. 287; *The Jeffersonville, etc., R. R. Co.* v. *Bowen,* 40 Ind. 545; and *Hathaway* v. *The Toledo, etc., R. W. Co.,* 46 Ind. 25.

The judgment is affirmed, with costs.

Opinion filed November term, 1874; petition for a rehearing overruled November term, 1875.